UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ███████████, | |
|---|---|
| PLAINTIFF, | CASE NO. 1:23-CV-02522 |
| V. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | |

# EXHIBIT 1

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**