UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

███████████

PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

DEFENDANTS.

CASE NO.: 1:23-cv-02522

## SCHEDULE A TO THE COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**