**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DCSTAR INC.,

PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

DEFENDANTS.

CASE NO.: 1:23-CV-02522

**FILED UNDER SEAL**

## SCHEDULE A TO THE COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | MHORLX Day Day Up Store | aliexpress.com/store/1102423169 |
| 2 | YAKSHA Official Store | aliexpress.com/store/1101318544 |
| 3 | Free Ship To Brazil Store | eledefense.aliexpress.com/store/1101421478 |
| 4 | CosyLive205 Store | aliexpress.com/store/1102441786 |
| 5 | Yesone Outdoor Life Store | aliexpress.com/store/1102642480 |
| 6 | Massage and Relax Store | aliexpress.com/store/1102279676 |
| 7 | AIiExpress Fishing Tackle Store | aliexpress.com/store/1102082167 |
| 8 | shenzhen 002 Store | aliexpress.com/store/1101310021 |
| 9 | Golf Mall Store | aliexpress.com/store/1102264126 |
| 10 | Shop1102505921 Store | aliexpress.com/store/1102512050 |
| 11 | Outdoor Fun Play Store | aliexpress.com/store/1102104129 |
| 12 | Travel At Will Store | aliexpress.com/store/1102736100 |
| 13 | Liplasting Official Store | aliexpress.com/store/1102649800 |
| 14 | Shop1102211398 Store | aliexpress.com/store/1102209428 |
| 15 | Sinohero store Store | aliexpress.com/store/1101829862 |
| 16 | DserIndoor Dropshipping Store | aliexpress.com/store/1102115656 |
| 17 | labubu Store | ameniteelabubu.aliexpress.com/store/1101504333 |
| 18 | Leedepartment store Store | aliexpress.com/store/1102012113 |
| 19 | Shop4649026 Store | aliexpress.com/store/1101430011 |
| 20 | Shop5439075 Store | aliexpress.com/store/1101454577 |
| 21 | Shop911394009 Store | aliexpress.com/store/1101610716 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 22 | Tennis Factory Store | aliexpress.com/store/1101894444 |
| 23 | Ice Rain Store | aliexpress.com/store/1102304101 |
| 24 | CMYX Outdoor Store | aliexpress.com/store/1102167532 |
| 25 | Superb Tools Dropshipping Store | aliexpress.com/store/1101577487 |
| 26 | Ziyaco Online Store | aliexpress.com/store/1101201972 |
| 27 | Global Factory Selection Store | aliexpress.com/store/1101350330 |
| 28 | SINOHERO medical Store | aliexpress.com/store/1101942959 |
| 29 | Outdoor Hunting Factory Store | aliexpress.com/store/1102646233 |
| 30 | Shop1102442798 Store | aliexpress.com/store/1102438899 |
| 31 | Sanke Rescue Official Store Store | aliexpress.com/store/1102665284 |
| 32 | Shop1102164398 Store | aliexpress.com/store/1102168372 |
| 33 | Shop911957233 Store | aliexpress.com/store/1101761666 |
| 34 | Future World Outdoor Store | aliexpress.com/store/1101563923 |
| 35 | Tonyklmhnygfx Store | aliexpress.com/store/1101342880 |
| 36 | CARBOU First Aid Official Store | aliexpress.com/store/1102374303 |
| 37 | Changzhou Recoo Healthcare Co., Ltd. | recoo-china.en.alibaba.com |
| 38 | Shenzhen Jiaxingrong Technology Co., Ltd. | jrelecs.en.alibaba.com |
| 39 | Dongguan City Risen Medical Products Co., Ltd. | risenmedical.en.alibaba.com |
| 40 | Shenzhen Smart Link Communication Ltd. | smart-link.en.alibaba.com |
| 41 | Dongguan Liyan International Trade Co., Ltd. | liyaninternational.en.alibaba.com/ |
| 42 | Gmtlight (beijing) Tech Center | gmtlight.en.alibaba.com/ |
| 43 | Guangzhou Epsilon Import & Export Co., Ltd. | cnepsilon.en.alibaba.com/ |
| 44 | Nantong Trogo Co., Ltd. | trogofit.en.alibaba.com/ |
| 45 | Ningbo Youerxun Trading Co., Ltd. | nbgoodandfast.en.alibaba.com/ |
| 46 | Pan'an Aoshide Plastic Products Factory | aoshide.en.alibaba.com/ |
| 47 | Shanghai Vking Laser Beauty Co., Ltd. | vkinglaser.en.alibaba.com/ |
| 48 | Xiamen Neaq Imp. & Exp. Co., Ltd. | xmnaqi.en.alibaba.com/ |
| 49 | Zhengzhou Cebing Trading Co., Ltd. | cebing.en.alibaba.com/ |
| 50 | Zhumadian Economic Development Zone Qianyuan Trading Co., Ltd. | zmdqy.en.alibaba.com/ |
| 51 | Ningbo Aggpo Import And Export Co., Ltd. | aggpo002.en.alibaba.com/ |
| 52 | Jinjiang Deek Plastic Products Co., Limited | deek.en.alibaba.com/ |
| 53 | BIG SMELT | amazon.com/sp?seller=AAT32I71NPT7 |
| 54 | Be a happy and beautiful person1 | amazon.com/sp?seller=AHLL4D7DX9LG0 |
| 55 | Open Limits PK | amazon.com/sp?seller=A19A8Q1GJ9CQ3H |
| 56 | DKJSKDJHF | amazon.com/sp?seller=AXAUQP4VUVUYW |
| 57 | My skateboard shoes | amazon.com/sp?seller=A1CM56LBL0ZQGS |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 58 | 海口市易时亮商贸有限公司 | amazon.com/sp?seller=ABV5PLVGT6JTS |
| 59 | Adsire | amazon.com/sp?seller=A2VC51QO12K4E1 |
| 60 | ANGEL QUEEN OFFICE CHAIR | amazon.com/sp?seller=A3AJC7HAKFC86W |
| 61 | deng zhou shi nian yi bai huo pu | amazon.com/sp?seller=A3RDRAAYQD54KX |
| 62 | Ansenfun | amazon.com/sp?seller=ASSRXZ6TWA0W8 |
| 63 | NIAN YI YI | amazon.com/sp?seller=A34TQTLBMES8M0 |
| 64 | AoYuLong | amazon.com/sp?seller=A15CE9JC2KDKCP |
| 65 | Chiyoung Ouyang | amazon.com/sp?seller=A1ZBTT6LJX6QID |
| 66 | Bafang Business | amazon.com/sp?seller=A3CVL35MIE7Y4U |
| 67 | lao-hu | amazon.com/sp?seller=A2404FY9IER3IV |
| 68 | Benjen | amazon.com/sp?seller=A2VXNEOOZAS5J1 |
| 69 | songshanqudahengbaihuodian | amazon.com/sp?seller=A20J8ZYQT207M2 |
| 70 | Bijuzic-US | amazon.com/sp?seller=A24P56S341LW8L |
| 71 | wan-dong | amazon.com/sp?seller=A266EVUV15LX11 |
| 72 | BiRiPi | amazon.com/sp?seller=A3OBEC99CUKYOD |
| 73 | ruiruigg | amazon.com/sp?seller=A1R79K41WDWGN7 |
| 74 | Changcoudianzi | amazon.com/sp?seller=A1ENVG6EVRDOT7 |
| 75 | xiangzhuziqi | amazon.com/sp?seller=AVXGDCTWL7WBB |
| 76 | Cloud-link | amazon.com/sp?seller=AR9X018K4ARPY |
| 77 | Huihai Shop | amazon.com/sp?seller=A23VQYW0816631 |
| 78 | Cryfokt | amazon.com/sp?seller=A2R5GYOJGKN5P7 |
| 79 | NaPlus | amazon.com/sp?seller=A219REUBU0U07R |
| 80 | Cuifati3 | amazon.com/sp?seller=A1P4HEZSR4A7X8 |
| 81 | JunSheng KuKong | amazon.com/sp?seller=AR6YBCJP6GTMQ |
| 82 | BaiGe Store | amazon.com/sp?seller=A2JPXKM8R8SRAJ |
| 83 | DiezhenTi | amazon.com/sp?seller=A38AZFQJKZ9NTA |
| 84 | Exgurau | amazon.com/sp?seller=A36SBW6YQWAFST |
| 85 | FANGCHENGXIANZONGLIBAIHUOSHANGDIAN | amazon.com/sp?seller=A236687NQDAA4P |
| 86 | FanouRong | amazon.com/sp?seller=A1BO2X9WT7FEL2 |
| 87 | Feeoici | amazon.com/sp?seller=A1D1YO617MBX6T |
| 88 | Fishlor | amazon.com/sp?seller=AQHJNDT056PJ |
| 89 | Foboull Life | amazon.com/sp?seller=AFKG7VXNTWIJS |
| 90 | Folanda-US | amazon.com/sp?seller=A3ANPSAKKHEH2F |
| 91 | Fuxinruisi | amazon.com/sp?seller=ASAJVMIJXIQ5P |
| 92 | Gaman-Store | amazon.com/sp?seller=A1P4CCFA28TH0 |
| 93 | Guaiedengdianzi | amazon.com/sp?seller=A29E19C8XVD6QX |
| 94 | guaioutongshangmao | amazon.com/sp?seller=A5WJUNHO6BP4G |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 95 | HJFUS | amazon.com/sp?seller=A6PG8DNVLLTHR |
| 96 | H-quality | amazon.com/sp?seller=A17KATD7CBC05I |
| 97 | huai ke Yang | amazon.com/sp?seller=AX5CUHFWIHJQ7 |
| 98 | huangyanxin | amazon.com/sp?seller=AZDDFV54Z5A7F |
| 99 | ifory Healthy Life | amazon.com/sp?seller=A1LRNMWDOOJ3N0 |
| 100 | Jectse us | amazon.com/sp?seller=ABMWZP7NSODS0 |
| 101 | Jfan US | amazon.com/sp?seller=A38ZUZ4D4P6SR9 |
| 102 | jianmingguanwu | amazon.com/sp?seller=A119D3146VWS9R |
| 103 | Junluck | amazon.com/sp?seller=A241LUAKURR1SW |
| 104 | JuYuanBaiHuoShangDian | amazon.com/sp?seller=A15FOZOTQS0NE7 |
| 105 | kangleilei | amazon.com/sp?seller=AD8X4AY0B6J79 |
| 106 | KEKEKEKEKE | amazon.com/sp?seller=A2YQ3OWE8NL1O0 |
| 107 | KEXIN-MAOYI | amazon.com/sp?seller=A27VLEVZORL2EW |
| 108 | Kunshan Chuangxing | amazon.com/sp?seller=A35D0HKYDK3JOL |
| 109 | leihaiershangmaoyouxiangongsi | amazon.com/sp?seller=A15IXTJFK7C087 |
| 110 | Li Xuan-US | amazon.com/sp?seller=A2JX1BJFJPBYI |
| 111 | Licavuy-US | amazon.com/sp?seller=A3GNAN32HTBT3I |
| 112 | lijingdfdf | amazon.com/sp?seller=AXUNEW6K0J35G |
| 113 | Linhanxiang | amazon.com/sp?seller=A2E7ALLXX8MKOE |
| 114 | liujierizadian8888 | amazon.com/sp?seller=A36A2HXCWFRHOW |
| 115 | LiZuDian | amazon.com/sp?seller=A3ESALGC8JKOUH |
| 116 | LLYLLY-US | amazon.com/sp?seller=A3CT5NE6Y1WU4J |
| 117 | LUPU | amazon.com/sp?seller=AASV8GOX85SH |
| 118 | luqeeg | amazon.com/sp?seller=A1RDORRQGI3SBC |
| 119 | MEALENBESK | amazon.com/sp?seller=A2YKYLECZYM6TC |
| 120 | Mtaileh | amazon.com/sp?seller=AI92TMMXC9B8Q |
| 121 | Muxizac-US | amazon.com/sp?seller=A2KBISTF8R9JWQ |
| 122 | nanjingxingermaoyiyouxiangongsi | amazon.com/sp?seller=A31SRPX11T1JFQ |
| 123 | ningboyijunuantongshebeigongchengyouxiangongsi | amazon.com/sp?seller=A2ZGO2O656UD22 |
| 124 | niuweiya | amazon.com/sp?seller=A1GW94PIFBZ5FX |
| 125 | PETSBASE-US | amazon.com/sp?seller=A2XMR7K4DW06MZ |
| 126 | Pickloud-US | amazon.com/sp?seller=A3LSEPOTIX89P1 |
| 127 | Plauere-us | amazon.com/sp?seller=AEQ3SCMWHJID8 |
| 128 | PZP-store | amazon.com/sp?seller=A3C0TW1BKJTL4M |
| 129 | qiangjueyaomao | amazon.com/sp?seller=A3M150K88WGN79 |
| 130 | Qingmikui | amazon.com/sp?seller=A38IU1CFFJOY3M |
| 131 | QingYi | amazon.com/sp?seller=A1OM5WML0K05FW |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 132 | QiongLinYuan | amazon.com/sp?seller=A1X06TJYNT03LK |
| 133 | Qionii | amazon.com/sp?seller=AG27R3B7R2IW5 |
| 134 | Quality Integrity | amazon.com/sp?seller=A2NJBJWFR8RVGY |
| 135 | Raccoonm | amazon.com/sp?seller=A1T3G6T9PGHF6I |
| 136 | Rescue Device Shop | amazon.com/sp?seller=ALD9643DLQ1D7 |
| 137 | Risvitd Figure Toys Direct | amazon.com/sp?seller=A2BG8PJQLEWXZH |
| 138 | runmeimaoyishanghang | amazon.com/sp?seller=A4QS172TNU5GB |
| 139 | SANYUE-US | amazon.com/sp?seller=AQUXH3Z5OYFD3 |
| 140 | SHANHAIKEJI | amazon.com/sp?seller=AIKYVDM2WF7KA |
| 141 | ShenZhen Anber Trading Co., Ltd. | amazon.com/sp?seller=A1AQVKCENI7HQS |
| 142 | Shenzhenshiaminaguojigongyinglianyouxiangongsi | amazon.com/sp?seller=A21Y5HMTXF8I6S |
| 143 | shuangguisi | amazon.com/sp?seller=AJVCHGSLYF4HR |
| 144 | shuangjuebushang | amazon.com/sp?seller=A2ROWKROQJT78W |
| 145 | Shuangjuemin | amazon.com/sp?seller=A2KKD3U8ZVFIAW |
| 146 | shuangyanwang | amazon.com/sp?seller=A389BW7BY09GJL |
| 147 | shuqiaosheng | amazon.com/sp?seller=AK0ESMQTO8SLM |
| 148 | SieKoame | amazon.com/sp?seller=A1MURHHJ0GCX2L |
| 149 | Smooth US | amazon.com/sp?seller=A1P0EHNY2814M1 |
| 150 | SofiaGrace | amazon.com/sp?seller=A3SITFGXOINFFJ |
| 151 | ssyTCX | amazon.com/sp?seller=ARV35LNAAY4S1 |
| 152 | SXHengChiKeMao | amazon.com/sp?seller=A1XXBSIJK5G8BV |
| 153 | Taiyuanpuqiruidadianzi | amazon.com/sp?seller=A3CRU9S0IMF1T8 |
| 154 | Taiyuanxianjundadianzi | amazon.com/sp?seller=A30XGUR97BICYB |
| 155 | Tanzhentin | amazon.com/sp?seller=A311JVXTH37O77 |
| 156 | The Age of Heroes | amazon.com/sp?seller=A18VAEUGR7B3LG |
| 157 | tian qiao qu qi yi bai huo dian | amazon.com/sp?seller=A2UHJVH4EKNG4E |
| 158 | tongweikuajingshanghang | amazon.com/sp?seller=A2K65R63YFTB9W |
| 159 | TOXTOXS Store | amazon.com/sp?seller=A35DN66Z5ZUX81 |
| 160 | tuhuijueshangmaoyouxiangongsi | amazon.com/sp?seller=A31URBJ15QA5EP |
| 161 | tutailexiangshangmao | amazon.com/sp?seller=A3W7SSY3WA9TH |
| 162 | tyueioro8 | amazon.com/sp?seller=A3B6TXAJI8O225 |
| 163 | US scott murray | amazon.com/sp?seller=A20WU786KO5542 |
| 164 | US_Dexin | amazon.com/sp?seller=AM1DO423SJIZH |
| 165 | Vikye-H | amazon.com/sp?seller=AYAQCA6J7ASI3 |
| 166 | VINGER STORE | amazon.com/sp?seller=A3S1USB052SFE0 |
| 167 | Vipxyy | amazon.com/sp?seller=A30FF1YSS5LSJQ |
| 168 | WangZengYang | amazon.com/sp?seller=AFDBD1GQV7F2P |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 169 | Weiyirot | amazon.com/sp?seller=A3IFDPPVWYHE2D |
| 170 | wenyedianzi | amazon.com/sp?seller=A2NEJ6PXDNHO4G |
| 171 | WQQ Direct. | amazon.com/sp?seller=AK888WOTLUBRA |
| 172 | Wuerjo | amazon.com/sp?seller=A34KWRESOWV3ZJ |
| 173 | Xinran Trade Store | amazon.com/sp?seller=ALR59121Z9M7B |
| 174 | xutongguoshop | amazon.com/sp?seller=A33ZJXETXX1NZG |
| 175 | yaodanghengdianzi | amazon.com/sp?seller=A23SDHFJ6ZC5 |
| 176 | YEDIANXIAOWANGZI | amazon.com/sp?seller=A3QVEW6JIMSPAW |
| 177 | Yinshukeji | amazon.com/sp?seller=A35G4IFED59Y6N |
| 178 | YMaJinYi | amazon.com/sp?seller=A6YRO2LRFAV33 |
| 179 | YouL669 | amazon.com/sp?seller=A376ELYEGPUHRW |
| 180 | Yudaier | amazon.com/sp?seller=AI5CW5NRZHW56 |
| 181 | yuhaibobo | amazon.com/sp?seller=A2Z8WOIHUQDLLK |
| 182 | Yunir-US | amazon.com/sp?seller=A1I0M5B37LZH6O |
| 183 | Yunroo | amazon.com/sp?seller=AHY2IZ5BCNVPJ |
| 184 | zhangrongyao | amazon.com/sp?seller=A45AMBUGL8J0Y |
| 185 | zhezhe store | amazon.com/sp?seller=A30BLOLF8OFJ6A |
| 186 | Zhjvihx-US | amazon.com/sp?seller=A1O253AUJ1UFNC |
| 187 | zhouyundianpu | amazon.com/sp?seller=A1Y2HAOOBBMVP6 |
| 188 | ZiChuFc | amazon.com/sp?seller=ASRPF4UWCSVZT |
| 189 | ZQchao | amazon.com/sp?seller=A2SQ1JO81RH97A |
| 190 | ZS ZHISHANG | amazon.com/sp?seller=AVKUVV1ZZQQ1V |
| 191 | ZSRKWNMCX | amazon.com/sp?seller=A2C4UQA2T26VDR |
| 192 | ZZTT-US | amazon.com/sp?seller=A17RREJ0616GXT |
| 193 | ★★★★★dingpc | amazon.com/sp?seller=AZ975XRCQKSZI |
| 194 | gaozixin01 | amazon.com/sp?seller=A2F9H36AMP7ZUT |
| 195 | Trendysupplies | amazon.com/sp?seller=A30ELAFQX3TLRK |
| 196 | ChengPengFei123 | amazon.com/sp?seller=A1MOEGONZTCJ5X |
| 197 | ZJXUZ | amazon.com/sp?seller=A24HBKSWC5FGYU |
| 198 | LHagop | amazon.com/sp?seller=A1P8RKWPQJFD2S |
| 199 | DuYaHangDeDian | amazon.com/sp?seller=A217LRQVSZWYEM |
| 200 | zhifanyemaosdfff | amazon.com/sp?seller=ALTYF20TP8PIP |
| 201 | foshanshijuhenghuishangmaoyouxiangongsi | amazon.com/sp?seller=A2OJ71EVNMP0FS |
| 202 | changlinchendedian | amazon.com/sp?seller=A3VGRO3TYK8DUW |
| 203 | Innovation struggle | amazon.com/sp?seller=A3GWH891CJCCLW |
| 204 | Hello DUODUO | amazon.com/sp?seller=A2SY2RPC25HOTF |
| 205 | Qich-KK | amazon.com/sp?seller=A28VESM23LMFWE |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 206 | xuan yan | amazon.com/sp?seller=A3MQ9GE3UKHNHU |
| 207 | CN-Porter | amazon.com/sp?seller=AAQ5F4930SH4W |
| 208 | XFYZSJWL | amazon.com/sp?seller=A394K4MRJY1BXV |
| 209 | WEIXIONGYMX | amazon.com/sp?seller=A2T0Q9AZA07OQ |
| 210 | Cou sins | amazon.com/sp?seller=A3QPT6CUH2HF26 |
| 211 | Donald' s store | amazon.com/sp?seller=A3AJUJ4Z17FVT0 |
| 212 | DanChengYaYiShangMaoGongSi | amazon.com/sp?seller=A39ICVHKUSTB61 |
| 213 | AMGCHIRON | amazon.com/sp?seller=A2C3RUOZFI9CJ5 |
| 214 | USKYT US | amazon.com/sp?seller=A1MPGQJLGWUIWO |
| 215 | Magic Mount | amazon.com/sp?seller=A21GAFK7BT4PNS |
| 216 | jilongshantongzhuangshui | amazon.com/sp?seller=AAUGB6F6VIPBQ |
| 217 | yiwanzhihi | amazon.com/sp?seller=AD4I9YUUNTK53 |
| 218 | elitecran | amazon.com/sp?seller=A3EVTF9HRP2662 |
| 219 | Yixikeji | amazon.com/sp?seller=A3PU10OR7LIZ1D |
| 220 | Pleasant place | amazon.com/sp?seller=A2GAEXVH67WGVD |
| 221 | weifanglujinwangluokejiyouxiangongsi | amazon.com/sp?seller=A2G2NEQ43L2R9C |
| 222 | jiujiangkewangyinshangmaoyouxiangongsi | amazon.com/sp?seller=A31NR9GGGAM31V |
| 223 | LAO LI | amazon.com/sp?seller=A30YLL38NC4VB9 |
| 224 | YingYingGuai | amazon.com/sp?seller=A14YVDURP7T4X |
| 225 | luoyeguigenshangdian | amazon.com/sp?seller=A3EZTS2MFQ57ZE |
| 226 | xiaohaohaodedianpu | amazon.com/sp?seller=ATVPDKIKX0DER |
| 227 | jiaqihengda2018 | amazon.com/sp?seller=A9XCSFJOJMQD3 |
| 228 | guihongquan | amazon.com/sp?seller=A2NVJ9AXKT60Y9 |
| 229 | mayiruxue | amazon.com/sp?seller=A3LUQYFINI7KRE |
| 230 | BaoLaiShangMao | amazon.com/sp?seller=AB0FCSK9C78BZ |
| 231 | SprouVis | amazon.com/sp?seller=A11OX7CR24ZIQ3 |
| 232 | Xiayangdedian | amazon.com/sp?seller=AYR01RUO2PVXO |
| 233 | Miaikvs | amazon.com/sp?seller=A2HS3NSXVH0EHX |
| 234 | louxieti_54 | amazon.com/sp?seller=AYR01RUO2PVXO |
| 235 | acoo_8816 | amazon.com/sp?seller=A2HS3NSXVH0EHX |
| 236 | yata_8192 | ebay.com/str/yata8192 |
| 237 | vali.store | ebay.com/usr/vali.store |
| 238 | wubin56 | ebay.com/usr/wubin56 |
| 239 | sansch-2475 | ebay.com/usr/sansch-2475 |
| 240 | Shop_Henrry288 | ebay.com/str/shophenrry288 |
| 241 | xizz | ebay.com/str/xizz |
| 242 | hkktstradin0 | ebay.com/usr/hkktstradin0 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 243 | P&C Beauty Ltd | ebay.com/str/pcbeautyltd |
| 244 | trxd6315 | ebay.com/usr/trxd6315 |
| 245 | huazh9157 | ebay.com/str/huazh9157 |
| 246 | plabaoo | ebay.com/usr/plabaoo |
| 247 | enjoy*everylifeday | ebay.com/usr/enjoy*everylifeday |
| 248 | tk532067 | ebay.com/str/tk532067 |
| 249 | gabrschr_35 | ebay.com/usr/gabrschr_35 |
| 250 | BEAUTOUM | temu.com/beautoum-m-4969917883401.html |
| 251 | UNIGOOD | temu.com/unigood-m-36125094199.html |
| 252 | LATENG | temu.com/lateng-m-312877221531.html |
| 253 | FISH BAIT KING | temu.com/fish-bait-king-m-2116407364020.html |
| 254 | Embrace life | temu.com/embrace-life-m-380179699074.html |
| 255 | Flourish Nature | temu.com/flourish-nature-m-3745270481730.html |
| 256 | Sports Hall T | temu.com/sports-hall-t-m-114007538882.html |
| 257 | YJP shop | temu.com/yjp-shop-m-306600060949.html |
| 258 | BESLIVE | temu.com/beslive-m-464689028034.html |
| 259 | High fashion C | temu.com/high-fashion-c-m-2223593066888.html |
| 260 | BOXRICE | temu.com/boxrice-m-5241031872.html |
| 261 | Golden phoenix | temu.com/golden-phoenix-m-319425513540.html |
| 262 | power man | temu.com/power-man-m-4474091344982.html |
| 263 | DUBULL | temu.com/dubull-m-266656039531.html |