| | |
|---|---|
| XYZ CORPORATION, | CASE NO.: 23-CV-02522 |
| PLAINTIFF, | |
| V. | JUDGE ELAINE E. BUCKLO |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE SHEILA M. FINNEGAN |
| DEFENDANTS. | |

## PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS

Plaintiff, XYZ Corporation, ("Plaintiff") seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of 35 U.S.C. § 1, *et seq*. Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: April 24, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
Email: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***