# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DCSTAR INC.

V.

The Partnerships and Unincorporated
Associations Identified on Schedule A

| | |
|---|---|
| CASE NUMBER: | 23-CV-02522 |
| ASSIGNED JUDGE: | ELAINE E. BUCKLO |
| DESIGNATED MAGISTRATE JUDGE: | SHEILA M. FINNEGAN |

TO: (Name and address of Defendant)

MHORLX Day Day Up Store and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann Marie Sullivan
Sullivan & Carter, LLP
2743 N. Ridgeway Ave.
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you,            21            days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

April 27, 2023

_____
DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 22, 2023 |
|---|---|
| NAME OF SERVER *(PRINT)* Ann Marie Sullivan | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):   See Declaration of Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     May 22, 2023
                  Date

*/s/ Ann Marie Sullivan*
*Signature of Server*

2743 N. Ridgeway Ave. | Chicago, Illinois 60647
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure