**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DCSTAR INC.,

     PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 23-CV-02522

JUDGE ELAINE E. BUCKLO

MAGISTRATE JUDGE SHEILA M. FINNEGAN

## DECLARATION OF SERVICE

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, DCSTAR INC. ("DCSTAR" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants, pursuant to Federal Rule of Civil Procedure 4(f)(3), by electronic publication and/or by sending an email to any email addresses identified by third-parties, for the Defendants, which includes a link to a website upon which all of the relevant court documents will be published. See Docket No. [15] at ¶ 7.

1.      I hereby certify that on or before May 22, 2023, I electronically published the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, on a website to which the Defendants will be directed.

2.      I hereby certify that on May 22, 2023, I sent an email to the email addresses provided for Defendants by third-parties, containing a copy of the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, as well as including a link to a website upon which all court documents and notices will be published.

3.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this May 22, 2023, at Chicago, Illinois.

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Counsel for Plaintiff, DCSTAR INC.