# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DCSTAR INC.  
v.  
THE PARTNERSHIPS  
AND UNINCORPORATED  
ASSOCIATIONS  
IDENTIFIED ON  
SCHEDULE A,

Case Number: 23-CV-02522

An appearance is hereby filed by the undersigned as attorney for:  
DUBULL, Doe No. 263

Attorney name (type or print): Wesley E. Johnson

Firm: Goodman Tovrov Hardy & Johnson LLC

Street address: 105 W Madison, Ste. 1500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6225257  
(See item 3 in instructions)

Telephone number: (312)752-4828

Email Address: wjohnson@goodtov.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel  
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 24, 2023

Attorney signature: S/ Wesley E Johnson (Use electronic signature if the appearance form is filed electronically.)