**EXHIBIT A – LIST OF REPRESENTED DEFENDANTS**

| Store Name | Store ID |
|---|---|
| Bijuzic-US | A24P56S341LW8L |
| Zhjvihx | A1O253AUJ1UFNC |
| Yudaier | AI5CW5NRZHW56 |
| Jectse | ABMWZP7NSODS0 |
| Liccx | A3AJC7HAKFC86W |
| Cryfokt | A2R5GYOJGKN5P7 |
| Pickloud | A3LSEPOTIX89P1 |
| Fishlor | AQHJNDT056PJ |
| Folanda | A3ANPSAKKHEH2F |
| Cuifati | A1P4HEZSR4A7X8 |
| Licavuy | A3GNAN32HTBT3I |
| Junluck | A241LUAKURR1SW |
| Weiyirot | A3IFDPPVWYHE2D |
| Zuliner | A1RDORRQGI3SBC |
| Plauere | AEQ3SCMWHJID8 |
| Vikye-H | AYAQCA6J7ASI3 |
| Yunir | A1I0M5B37LZH6O |
| Adsire | A2VC51QO12K4E1 |
| Qioni | AG27R3B7R2IW5 |
| Muxizac | A2KBISTF8R9JWQ |