**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DCSTAR INC.,

       PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

       DEFENDANTS.

CASE NO.: 1:23-CV-02522

JUDGE ELAINE E. BUCKLO

MAGISTRATE JUDGE SHEILA M. FINNEGAN

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 135 | Raccoonm |
| 137 | Risvitd Figure Toys Direct |
| 257 | YJP shop |
| 261 | Golden Phoenix |
| 262 | power man |

Dated: June 2, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***