**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DCSTAR INC.,

      PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:23-CV-02522

JUDGE ELAINE E. BUCKLO

MAGISTRATE JUDGE SHEILA M. FINNEGAN

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice and with leave to reinstate within thirty (30) calendar days, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 57 | My skateboard shoes |
| 89 | Foboull Life |
| 99 | ifory Healthy Life |
| 108 | Kunshan Chuangxing |
| 117 | LUPU |
| 131 | QingYi |
| 220 | Pleasant place |
| 231 | SprouVis |
| 241 | xizz |
| 254 | embrace life |
| 258 | BESLIVE |

Dated: June 9, 2023

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: am.sullivan@scip.law

***ATTORNEYS FOR PLAINTIFF***