**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DCSTAR INC., <br><br>      PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br>      DEFENDANTS. | CASE NO.: 1:23-CV-02522 <br><br> JUDGE ELAINE E. BUCKLO <br><br> MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 37 | Changzhou Recoo Healthcare Co., Ltd. |
| 40 | Shenzhen Smart Link Communication Ltd. |
| 42 | Gmtlight (beijing) Tech Center |
| 141 | ShenZhen Anber Trading Co., Ltd. |
| 150 | SofiaGrace |
| 166 | VINGER STORE |
| 181 | yuhaibobo |
| 197 | ZJXUZ |
| 225 | luoyeguigenshangdian |
| 259 | High fashion C |

Dated: June 16, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***