DCSTAR INC.,

      PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:23-CV-02522

JUDGE JEREMY C. DANIEL

MAGISTRATE JUDGE SHEILA M. FINNEGAN

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 15 | Sinohero store Store |
| 28 | SINOHERO medical Store |
| 54 | Be a happy and beautiful person1 |
| 59 | Adsire |
| 60 | ANGEL QUEEN OFFICE CHAIR |
| 61 | deng zhou shi nian yi bai huo pu |
| 63 | NIAN YI YI |
| 67 | lao-hu |
| 70 | Bijuzic-US |
| 71 | wan-dong |
| 78 | Cryfokt |
| 80 | Cuifati3 |
| 88 | Fishlor |
| 90 | Folanda-US |
| 95 | HJFUS |
| 96 | H-Quality |
| 100 | Jectse us |
| 103 | Junluck |
| 111 | Licavuy-US |
| 118 | luqeeg |
| 121 | Muxizac-US |
| 126 | Pickloud-US |
| 127 | Plauere-US |
| 133 | Qionii |

| | |
|---|---|
| **165** | Vikye-H |
| **169** | Weiyirot |
| **180** | Yudaier |
| **182** | Yunir-US |
| **186** | Zhjvihx-US |
| **204** | Hello DUODUO |
| **218** | elitecran |
| **224** | YingYingGuai |
| **252** | Lateng |
| **253** | FISH BAIT KING |
| **255** | Flourish Nature |

Dated: July 8, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***