# U.S. District Court for the Northern District of Illinois
## Attorney Appearance Form

Case Title: DCSTAR INC.
v.
THE PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

Case Number: 23-CV-02522

An appearance is hereby filed by the undersigned as attorney for:
YMaJinYi (Doe #178) ZQchao (Doe # 189)

Attorney name (type or print): Wesley E. Johnson

Firm: Goodman Tovrov Hardy & Johnson LLC

Street address: 105 W Madison, Ste. 1500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6225257
(See item 3 in instructions)

Telephone number: (312)752-4828

Email Address: wjohnson@goodtov.com

Are you acting as lead counsel in this case? [XX] Yes [ ] No

Are you acting as local counsel in this case? [ ] Yes [XX] No

Are you a member of the court's trial bar? [XX] Yes [ ] No

If this case reaches trial, will you act as the trial attorney? [XX] Yes [ ] No

If this is a criminal case, check your status. [ ] Retained Counsel

[ ] Appointed Counsel
If appointed counsel, are you

[ ] Federal Defender

[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 20, 2023

Attorney signature: S/ Wesley E Johnson (Use electronic signature if the appearance form is filed electronically.)