**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DCSTAR INC,

      PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:23-CV-02522

JUDGE JEREMY C. DANIEL

MAGISTRATE JUDGE SHEILA M. FINNEGAN

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
## AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A

Plaintiff, DCSTAR INC, ("Plaintiff") hereby moves this Honorable Court for entry of Default

and Default Judgment against the Defendants identified on Schedule A, attached hereto.

Plaintiff files herewith a Memorandum of Law in support.

Dated: October 5, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 5, 2023, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website.

*/s/ Alison K. Carter*
Alison K. Carter