**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DCSTAR INC.,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:23-CV-02522

# SCHEDULE A

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | MHORLX Day Day Up Store | aliexpress.com/store/1102423169 |
| 2 | YAKSHA Official Store | aliexpress.com/store/1101318544 |
| 3 | Free Ship To Brazil Store | eledefense.aliexpress.com/store/1101421478 |
| 4 | CosyLive205 Store | aliexpress.com/store/1102441786 |
| 5 | Yesone Outdoor Life Store | aliexpress.com/store/1102642480 |
| 6 | Massage and Relax Store | aliexpress.com/store/1102279676 |
| 7 | AIiExpress Fishing Tackle Store | aliexpress.com/store/1102082167 |
| 8 | shenzhen 002 Store | aliexpress.com/store/1101310021 |
| 9 | Golf Mall Store | aliexpress.com/store/1102264126 |
| 10 | Shop1102505921 Store | aliexpress.com/store/1102512050 |
| 11 | Outdoor Fun Play Store | aliexpress.com/store/1102104129 |
| 12 | Travel At Will Store | aliexpress.com/store/1102736100 |
| 13 | Liplasting Official Store | aliexpress.com/store/1102649800 |
| 14 | Shop1102211398 Store | aliexpress.com/store/1102209428 |
| 15 | **DISMISSED** | |
| 16 | **DISMISSED** | |
| 17 | labubu Store | ameniteelabubu.aliexpress.com/store/1101504333 |
| 18 | Leedepartment store Store | aliexpress.com/store/1102012113 |
| 19 | Shop4649026 Store | aliexpress.com/store/1101430011 |
| 20 | Shop5439075 Store | aliexpress.com/store/1101454577 |
| 21 | Shop911394009 Store | aliexpress.com/store/1101610716 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 22 | Tennis Factory Store | aliexpress.com/store/1101894444 |
| 23 | **DISMISSED** | |
| 24 | CMYX Outdoor Store | aliexpress.com/store/1102167532 |
| 25 | Superb Tools Dropshipping Store | aliexpress.com/store/1101577487 |
| 26 | Ziyaco Online Store | aliexpress.com/store/1101201972 |
| 27 | **DISMISSED** | |
| 28 | **DISMISSED** | |
| 29 | Outdoor Hunting Factory Store | aliexpress.com/store/1102646233 |
| 30 | Shop1102442798 Store | aliexpress.com/store/1102438899 |
| 31 | Sanke Rescue Official Store Store | aliexpress.com/store/1102665284 |
| 32 | Shop1102164398 Store | aliexpress.com/store/1102168372 |
| 33 | Shop911957233 Store | aliexpress.com/store/1101761666 |
| 34 | Future World Outdoor Store | aliexpress.com/store/1101563923 |
| 35 | Tonyklmhnygfx Store | aliexpress.com/store/1101342880 |
| 36 | **DISMISSED** | aliexpress.com/store/1102374303 |
| 37 | **DISMISSED** | |
| 38 | Shenzhen Jiaxingrong Technology Co., Ltd. | jrelecs.en.alibaba.com |
| 39 | Dongguan City Risen Medical Products Co., Ltd. | risenmedical.en.alibaba.com |
| 40 | **DISMISSED** | |
| 41 | Dongguan Liyan International Trade Co., Ltd. | liyaninternational.en.alibaba.com/ |
| 42 | **DISMISSED** | |
| 43 | Guangzhou Epsilon Import & Export Co., Ltd. | cnepsilon.en.alibaba.com/ |
| 44 | Nantong Trogo Co., Ltd. | trogofit.en.alibaba.com/ |
| 45 | Ningbo Youerxun Trading Co., Ltd. | nbgoodandfast.en.alibaba.com/ |
| 46 | Pan'an Aoshide Plastic Products Factory | aoshide.en.alibaba.com/ |
| 47 | Shanghai Vking Laser Beauty Co., Ltd. | vkinglaser.en.alibaba.com/ |
| 48 | **DISMISSED** | |
| 49 | Zhengzhou Cebing Trading Co., Ltd. | cebing.en.alibaba.com/ |
| 50 | Zhumadian Economic Development Zone Qianyuan Trading Co., Ltd. | zmdqy.en.alibaba.com/ |
| 51 | Ningbo Aggpo Import And Export Co., Ltd. | aggpo002.en.alibaba.com/ |
| 52 | Jinjiang Deek Plastic Products Co., Limited | deek.en.alibaba.com/ |
| 53 | BIG SMELT | amazon.com/sp?seller=AAT32I71NPT7 |
| 54 | **DISMISSED** | |
| 55 | Open Limits PK | amazon.com/sp?seller=A19A8Q1GJ9CQ3H |
| 56 | DKJSKDJHF | amazon.com/sp?seller=AXAUQP4VUVUYW |
| 57 | **DISMISSED** | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 58 | 海口市易时亮商贸有限公司 | amazon.com/sp?seller=ABV5PLVGT6JTS |
| 59 | **DISMISSED** | |
| 60 | **DISMISSED** | |
| 61 | **DISMISSED** | |
| 62 | **DISMISSED** | |
| 63 | **DISMISSED** | |
| 64 | AoYuLong | amazon.com/sp?seller=A15CE9JC2KDKCP |
| 65 | **DISMISSED** | |
| 66 | **DISMISSED** | |
| 67 | **DISMISSED** | |
| 68 | **DISMISSED** | |
| 69 | songshanqudahengbaihuodian | amazon.com/sp?seller=A20J8ZYQT207M2 |
| 70 | **DISMISSED** | |
| 71 | **DISMISSED** | |
| 72 | BiRiPi | amazon.com/sp?seller=A3OBEC99CUKYOD |
| 73 | ruiruigg | amazon.com/sp?seller=A1R79K41WDWGN7 |
| 74 | Changcoudianzi | amazon.com/sp?seller=A1ENVG6EVRDOT7 |
| 75 | xiangzhuziqi | amazon.com/sp?seller=AVXGDCTWL7WBB |
| 76 | Cloud-link | amazon.com/sp?seller=AR9X018K4ARPY |
| 77 | Huihai Shop | amazon.com/sp?seller=A23VQYW0816631 |
| 78 | **DISMISSED** | |
| 79 | NaPlus | amazon.com/sp?seller=A219REUBU0U07R |
| 80 | **DISMISSED** | |
| 81 | JunSheng KuKong | amazon.com/sp?seller=AR6YBCJP6GTMQ |
| 82 | BaiGe Store | amazon.com/sp?seller=A2JPXKM8R8SRAJ |
| 83 | DiezhenTi | amazon.com/sp?seller=A38AZFQJKZ9NTA |
| 84 | Exgurau | amazon.com/sp?seller=A36SBW6YQWAFST |
| 85 | FANGCHENGXIANZONGLIBAIHUOSHANGDIAN | amazon.com/sp?seller=A236687NQDAA4P |
| 86 | **DISMISSED** | |
| 87 | Feeoici | amazon.com/sp?seller=A1D1YO617MBX6T |
| 88 | **DISMISSED** | |
| 89 | **DISMISSED** | |
| 90 | **DISMISSED** | |
| 91 | **DISMISSED** | |
| 92 | Gaman-Store | amazon.com/sp?seller=A1P4CCFA28TH0 |
| 93 | Guaiedengdianzi | amazon.com/sp?seller=A29E19C8XVD6QX |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 94 | **DISMISSED** | |
| 95 | **DISMISSED** | |
| 96 | **DISMISSED** | |
| 97 | **DISMISSED** | |
| 98 | huangyanxin | amazon.com/sp?seller=AZDDFV54Z5A7F |
| 99 | **DISMISSED** | |
| 100 | **DISMISSED** | |
| 101 | Jfan US | amazon.com/sp?seller=A38ZUZ4D4P6SR9 |
| 102 | **DISMISSED** | |
| 103 | **DISMISSED** | |
| 104 | JuYuanBaiHuoShangDian | amazon.com/sp?seller=A15FOZOTQS0NE7 |
| 105 | kangleilei | amazon.com/sp?seller=AD8X4AY0B6J79 |
| 106 | KEKEKEKEKE | amazon.com/sp?seller=A2YQ3OWE8NL1O0 |
| 107 | KEXIN-MAOYI | amazon.com/sp?seller=A27VLEVZORL2EW |
| 108 | **DISMISSED** | |
| 109 | leihaiershangmaoyouxiangongsi | amazon.com/sp?seller=A15IXTJFK7C087 |
| 110 | Li Xuan-US | amazon.com/sp?seller=A2JX1BJFJPBYI |
| 111 | **DISMISSED** | |
| 112 | lijingdfdf | amazon.com/sp?seller=AXUNEW6K0J35G |
| 113 | Linhanxiang | amazon.com/sp?seller=A2E7ALLXX8MKOE |
| 114 | liujierizadian8888 | amazon.com/sp?seller=A36A2HXCWFRHOW |
| 115 | LiZuDian | amazon.com/sp?seller=A3ESALGC8JKOUH |
| 116 | LLYLLY-US | amazon.com/sp?seller=A3CT5NE6Y1WU4J |
| 117 | **DISMISSED** | |
| 118 | **DISMISSED** | |
| 119 | MEALENBESK | amazon.com/sp?seller=A2YKYLECZYM6TC |
| 120 | **DISMISSED** | |
| 121 | **DISMISSED** | |
| 122 | **DISMISSED** | |
| 123 | ningboyijunuantongshebeigongchengyouxiangongsi | amazon.com/sp?seller=A2ZGO2O656UD22 |
| 124 | niuweiya | amazon.com/sp?seller=A1GW94PIFBZ5FX |
| 125 | PETSBASE-US | amazon.com/sp?seller=A2XMR7K4DW06MZ |
| 126 | **DISMISSED** | |
| 127 | **DISMISSED** | |
| 128 | PZP-store | amazon.com/sp?seller=A3C0TW1BKJTL4M |
| 129 | **DISMISSED** | |
| 130 | Qingmikui | amazon.com/sp?seller=A38IU1CFFJOY3M |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 131 | **DISMISSED** | |
| 132 | QiongLinYuan | amazon.com/sp?seller=A1X06TJYNT03LK |
| 133 | **DISMISSED** | |
| 134 | Quality Integrity | amazon.com/sp?seller=A2NJBJWFR8RVGY |
| 135 | **DISMISSED** | |
| 136 | Rescue Device Shop | amazon.com/sp?seller=ALD9643DLQ1D7 |
| 137 | **DISMISSED** | |
| 138 | runmeimaoyishanghang | amazon.com/sp?seller=A4QS172TNU5GB |
| 139 | SANYUE-US | amazon.com/sp?seller=AQUXH3Z5OYFD3 |
| 140 | SHANHAIKEJI | amazon.com/sp?seller=AIKYVDM2WF7KA |
| 141 | **DISMISSED** | |
| 142 | Shenzhenshiaminaguojigongyinglianyouxiangongsi | amazon.com/sp?seller=A21Y5HMTXF8I6S |
| 143 | shuangguisi | amazon.com/sp?seller=AJVCHGSLYF4HR |
| 144 | shuangjuebushang | amazon.com/sp?seller=A2ROWKROQJT78W |
| 145 | Shuangjuemin | amazon.com/sp?seller=A2KKD3U8ZVFIAW |
| 146 | shuangyanwang | amazon.com/sp?seller=A389BW7BY09GJL |
| 147 | **DISMISSED** | |
| 148 | SieKoame | amazon.com/sp?seller=A1MURHHJ0GCX2L |
| 149 | Smooth US | amazon.com/sp?seller=A1P0EHNY2814M1 |
| 150 | **DISMISSED** | |
| 151 | ssyTCX | amazon.com/sp?seller=ARV35LNAAY4S1 |
| 152 | SXHengChiKeMao | amazon.com/sp?seller=A1XXBSIJK5G8BV |
| 153 | **DISMISSED** | |
| 154 | Taiyuanxianjundadianzi | amazon.com/sp?seller=A30XGUR97BICYB |
| 155 | Tanzhentin | amazon.com/sp?seller=A311JVXTH37O77 |
| 156 | **DISMISSED** | |
| 157 | tian qiao qu qi yi bai huo dian | amazon.com/sp?seller=A2UHJVH4EKNG4E |
| 158 | tongweikuajingshanghang | amazon.com/sp?seller=A2K65R63YFTB9W |
| 159 | TOXTOXS Store | amazon.com/sp?seller=A35DN66Z5ZUX81 |
| 160 | tuhuijueshangmaoyouxiangongsi | amazon.com/sp?seller=A31URBJ15QA5EP |
| 161 | tutailexiangshangmao | amazon.com/sp?seller=A3W7SSY3WA9TH |
| 162 | tyueioro8 | amazon.com/sp?seller=A3B6TXAJI8O225 |
| 163 | US scott murray | amazon.com/sp?seller=A20WU786KO5542 |
| 164 | US_Dexin | amazon.com/sp?seller=AM1DO423SJIZH |
| 165 | **DISMISSED** | |
| 166 | **DISMISSED** | |
| 167 | Vipxyy | amazon.com/sp?seller=A30FF1YSS5LSJQ |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 168 | **DISMISSED** | |
| 169 | **DISMISSED** | |
| 170 | wenyedianzi | amazon.com/sp?seller=A2NEJ6PXDNHO4G |
| 171 | WQQ Direct. | amazon.com/sp?seller=AK888WOTLUBRA |
| 172 | Wuerjo | amazon.com/sp?seller=A34KWRESOWV3ZJ |
| 173 | Xinran Trade Store | amazon.com/sp?seller=ALR59121Z9M7B |
| 174 | xutongguoshop | amazon.com/sp?seller=A33ZJXETXX1NZG |
| 175 | yaodanghengdianzi | amazon.com/sp?seller=A23SDHFJ6ZC5 |
| 176 | YEDIANXIAOWANGZI | amazon.com/sp?seller=A3QVEW6JIMSPAW |
| 177 | Yinshukeji | amazon.com/sp?seller=A35G4IFED59Y6N |
| 178 | **DISMISSED** | |
| 179 | YouL669 | amazon.com/sp?seller=A376ELYEGPUHRW |
| 180 | **DISMISSED** | |
| 181 | **DISMISSED** | |
| 182 | **DISMISSED** | |
| 183 | Yunroo | amazon.com/sp?seller=AHY2IZ5BCNVPJ |
| 184 | **DISMISSED** | |
| 185 | zhezhe store | amazon.com/sp?seller=A30BLOLF8OFJ6A |
| 186 | **DISMISSED** | |
| 187 | zhouyundianpu | amazon.com/sp?seller=A1Y2HAOOBBMVP6 |
| 188 | ZiChuFc | amazon.com/sp?seller=ASRPF4UWCSVZT |
| 189 | **DISMISSED** | |
| 190 | ZS ZHISHANG | amazon.com/sp?seller=AVKUVV1ZZQQ1V |
| 191 | ZSRKWNMCX | amazon.com/sp?seller=A2C4UQA2T26VDR |
| 192 | ZZTT-US | amazon.com/sp?seller=A17RREJ0616GXT |
| 193 | ⭐⭐⭐⭐⭐dingpc | amazon.com/sp?seller=AZ975XRCQKSZI |
| 194 | gaozixin01 | amazon.com/sp?seller=A2F9H36AMP7ZUT |
| 195 | Trendysupplies | amazon.com/sp?seller=A30ELAFQX3TLRK |
| 196 | ChengPengFei123 | amazon.com/sp?seller=A1MOEGONZTCJ5X |
| 197 | **DISMISSED** | |
| 198 | LHagop | amazon.com/sp?seller=A1P8RKWPQJFD2S |
| 199 | DuYaHangDeDian | amazon.com/sp?seller=A217LRQVSZWYEM |
| 200 | zhifanyemaosdfff | amazon.com/sp?seller=ALTYF20TP8PIP |
| 201 | foshanshijuhenghuishangmaoyouxiangongsi | amazon.com/sp?seller=A2OJ71EVNMP0FS |
| 202 | changlinchendedian | amazon.com/sp?seller=A3VGRO3TYK8DUW |
| 203 | Innovation struggle | amazon.com/sp?seller=A3GWH891CJCCLW |
| 204 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 205 | Qich-KK | amazon.com/sp?seller=A28VESM23LMFWE |
| 206 | xuan yan | amazon.com/sp?seller=A3MQ9GE3UKHNHU |
| 207 | **DISMISSED** | |
| 208 | XFYZSJWL | amazon.com/sp?seller=A394K4MRJY1BXV |
| 209 | WEIXIONGYMX | amazon.com/sp?seller=A2T0Q9AZA07OQ |
| 210 | Cou sins | amazon.com/sp?seller=A3QPT6CUH2HF26 |
| 211 | Donald' s store | amazon.com/sp?seller=A3AJUJ4Z17FVT0 |
| 212 | **DISMISSED** | |
| 213 | AMGCHIRON | amazon.com/sp?seller=A2C3RUOZFI9CJ5 |
| 214 | USKYT US | amazon.com/sp?seller=A1MPGQJLGWUIWO |
| 215 | Magic Mount | amazon.com/sp?seller=A21GAFK7BT4PNS |
| 216 | jilongshantongzhuangshui | amazon.com/sp?seller=AAUGB6F6VIPBQ |
| 217 | yiwanzhihi | amazon.com/sp?seller=AD4I9YUUNTK53 |
| 218 | **DISMISSED** | |
| 219 | **DISMISSED** | |
| 220 | **DISMISSED** | |
| 221 | weifanglujinwangluokejiyouxiangongsi | amazon.com/sp?seller=A2G2NEQ43L2R9C |
| 222 | jiujiangkewangyinshangmaoyouxiangongsi | amazon.com/sp?seller=A31NR9GGGAM31V |
| 223 | LAO LI | amazon.com/sp?seller=A30YLL38NC4VB9 |
| 224 | **DISMISSED** | |
| 225 | **DISMISSED** | |
| 226 | xiaohaohaodedianpu | amazon.com/sp?seller=ATVPDKIKX0DER |
| 227 | jiaqihengda2018 | amazon.com/sp?seller=A9XCSFJOJMQD3 |
| 228 | guihongquan | amazon.com/sp?seller=A2NVJ9AXKT60Y9 |
| 229 | mayiruxue | amazon.com/sp?seller=A3LUQYFINI7KRE |
| 230 | BaoLaiShangMao | amazon.com/sp?seller=AB0FCSK9C78BZ |
| 231 | **DISMISSED** | |
| 232 | Xiayangdedian | amazon.com/sp?seller=AYR01RUO2PVXO |
| 233 | **DISMISSED** | |
| 234 | louxieti_54 | amazon.com/sp?seller=AYR01RUO2PVXO |
| 235 | acoo_8816 | amazon.com/sp?seller=A2HS3NSXVH0EHX |
| 236 | yata_8192 | ebay.com/str/yata8192 |
| 237 | vali.store | ebay.com/usr/vali.store |
| 238 | wubin56 | ebay.com/usr/wubin56 |
| 239 | sansch-2475 | ebay.com/usr/sansch-2475 |
| 240 | Shop_Henrry288 | ebay.com/str/shophenrry288 |
| 241 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 242 | hkktstradin0 | ebay.com/usr/hkktstradin0 |
| 243 | P&C Beauty Ltd | ebay.com/str/pcbeautyltd |
| 244 | trxd6315 | ebay.com/usr/trxd6315 |
| 245 | huazh9157 | ebay.com/str/huazh9157 |
| 246 | plabaoo | ebay.com/usr/plabaoo |
| 247 | enjoy*everylifeday | ebay.com/usr/enjoy*everylifeday |
| 248 | tk532067 | ebay.com/str/tk532067 |
| 249 | gabrschr_35 | ebay.com/usr/gabrschr_35 |
| 250 | BEAUTOUM | temu.com/beautoum-m-4969917883401.html |
| 251 | **DISMISSED** | |
| 252 | **DISMISSED** | |
| 253 | **DISMISSED** | |
| 254 | **DISMISSED** | |
| 255 | **DISMISSED** | |
| 256 | **DISMISSED** | |
| 257 | **DISMISSED** | |
| 258 | **DISMISSED** | |
| 259 | **DISMISSED** | |
| 260 | BOXRICE | temu.com/boxrice-m-5241031872.html |
| 261 | **DISMISSED** | |
| 262 | **DISMISSED** | |
| 263 | **DISMISSED** | |