**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DCSTAR INC.,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:23-CV-02522

JUDGE JEREMY C. DANIEL

MAGISTRATE JUDGE SHEILA M. FINNEGAN

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on October 10, 2023, in favor of the Plaintiff, DCSTAR INC.("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amounts indicated in Schedule B to the Final Judgment Order [75] for patent infringement in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| NO. | DEFENDANT |
|---|---|
| 19 | Shop4649026 Store |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:     March 13, 2025          Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***

2